16903. JONES v. SEABOARD AIR-LINE RAILWAY CO.

BROYLES, C. J. Under the facts of the case as disclosed by the record the award of a nonsuit was not error.

Judgment affirmed. Luke and Bloodworth, JJ., concur.

DECIDED JANUARY 12, 1926.

Action for damages; from Chattahoochee superior court—Judge McLaughlin. September 21, 1925.

Hatcher & Hatcher, W. B. Short, for plaintiff.

W. W. Dykes, C. C. Minter, for defendant.

_____

16910. ADAMS v. FEW.

BLOODWORTH, J. 1. In neither of the excerpts from the charge complained of, when the entire charge of the court is considered, did the court commit such material error as requires another trial of the case.

2. The last special ground of the motion is but an amplification of the general grounds; the jury passed upon the disputed questions of fact, and, their verdict being supported by evidence and approved by the trial judge, this court will not interfere.

Judgment affirmed. Broyles, C. J., and Luke, J., concur.

DECIDED JANUARY 12, 1926.

Complaint; from Morgan superior court—Judge Park. October 16, 1925.

E. R. Lambert, Miles W. Lewis, for plaintiff in error.

Anderson & Wood, contra.